**ALEXSAM, INC., Plaintiff-Appellant**

v.

**WILDCARD SYSTEMS, INC., eFunds Corporation, Fidelity National Information Services, Inc., Defendants-Appellees**

2017-1682

United States Court of Appeals, Federal Circuit.

January 9, 2018

W. LEE GRESHAM, III, Heninger Garrison Davis, LLC, Birmingham, AL, argued for plaintiff-appellant. Also represented by JACQUELINE KNAPP BURT, Atlanta, GA; STEVEN WHITEFIELD RITCHESON, Insight, Chatsworth, CA.

JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC argued for defendants-appellees. Also represented by ROBERT B. CASSADY; JEFFREY A. BERKOWITZ, Reston, VA; ROBERT ERIC BILIK, DANIEL M. MAHFOOD, McGuireWoods LLP, Jacksonville, FL; DEBORAH SEGERS, Fidelity National Information Systems, Inc., Jacksonville, FL.

(Dyk, Bryson, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**